IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CLEVELAND MCFARLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:10-CV-03782-JOF-JFK |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff Cleveland McFarland and dismisses the above-styled action with prejudice.

This 31st day of March, 2011.

*John C. Forbes, Jr.*
JOHN C. FORBES, JR.
Georgia Bar No. 267709

Attorney for Plaintiff

THE LAW OFFICES OF MARK A. CAREY, P.C.
925-B Peachtree Street, N. E.
#307
Atlanta, Georgia  30309-9910
(678) 341-5550

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing action with the foregoing Dismissal With Prejudice by depositing a copy of same in the United States Mail, with adequate postage thereon, properly addressed as follows:

Michael J. Jacobs
Hall, Booth, Smith & Slover, P.C.
191 Peachtree Street
Suite 2900
Atlanta, Georgia 30303

This 31st day of March, 2011.

*John C. Forbes, Jr.*
JOHN C. FORBES, JR.
Georgia Bar No. 267709

Attorney for Plaintiff

THE LAW OFFICES OF MARK A. CAREY, P.C.
925-B Peachtree Street, N. E.
#307
Atlanta, Georgia 30309-9910
(678) 341-5550